UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RODRIGUEZ,
                Plaintiff,

-v-

NORWEGIAN AIR SHUTTLE ASA, et al.,
                Defendant.

22-CV-10246 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on December 5, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than January 5, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by December 27, 2022.

    SO ORDERED.

Dated: December 5, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge